CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 24 2013

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARVIN BLOCKER, | Civil Action No. 7:13cv00027 |
| Plaintiff, | |
| v. | **FINAL ORDER** |
| VIRGINIA STATE PRISON OFFICIALS, W.R.S.P., | |
| | By: Samuel G. Wilson |
| Defendants. | United States District Judge |

For the reasons stated in the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that the plaintiff's complaint is **DISMISSED** without prejudice for failure to state a claim, and this matter is **STRICKEN** from the court's active docket. The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER:** January 24, 2012.

/s/
UNITED STATES DISTRICT JUDGE